No. 736. EVANSTON-NORTH SHORE BOARD OF REALTORS *v.* UNITED STATES. Court of Claims. Certiorari denied. *Theodore A. Groenke* for petitioner. *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Melva M. Graney* for the United States.

No. 764. SORCE ET AL. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Max L. Feinberg* for petitioners. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 774. TESTA *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Jacob Kossman* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Jerome M. Feit* for the United States.

No. 720. IN RE EASTERN AIR LINES, INC.; and
No. 766. IN RE NATIONAL AIRLINES, INC. C. A. 1st Cir. Certiorari denied. MR. JUSTICE BLACK took no part in the consideration or decision of these petitions. *E. Smythe Gambrell, Harold L. Russell, Robert Proctor* and *Richard Wait* for Eastern Air Lines, Inc. *John W. Cross* for National Airlines, Inc. *Acting Solicitor General Spritzer* for the Civil Aeronautics Board. *Henry E. Foley* and *John H. Pickering* for Northeast Airlines, Inc., in opposition.

No. 219, Misc. WILCOX *v.* COLORADO. Supreme Court of Colorado. Certiorari denied. Petitioner *pro se. Duke W. Dunbar,* Attorney General of Colorado, *Frank E. Hickey,* Deputy Attorney General, and *John E. Bush,* Assistant Attorney General, for respondent.